IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Criminal Case No. 12-cr-00388-PAB

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1. LUIS ANTONIO URIBE-ROCHA,

      Defendant.

---

## ORDER FOR ISSUANCE OF SUBPOENA

---

It is **ORDERED** that the Clerk of the Court shall issue a subpoena for the appearance of the witness identified below to appear in court for a hearing set for April 4, 2013 at 3:30 p.m. in Courtroom A701 before Judge Philip A. Brimmer:

John J. Masopust
Immigration Enforcement Agent
935 State Highway 67
Florence, CO 81226

It is further

**ORDERED** that the United States Marshals Service for the District of Colorado shall serve the subpoena issued herein.

DATED March 5, 2013.

BY THE COURT:

s/Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge